**91–1720.** Pariano v. Kerr. *Cuyahoga County*, No. 61973. Reported at 62 Ohio St.3d 1430, 578 N.E.2d 822. On motion for rehearing. Rehearing granted and motion to certify record allowed.

HOLMES, WRIGHT and RESNICK, JJ., dissent.

**91–1871.** State, ex rel. Phillips, v. Lorain Cty. Bd. of Elections. In Prohibition. Reported at 62 Ohio St.3d 1436, 579 N.E.2d 209. On motion for rehearing and motion for clarification. Motions denied.